# UNITED STATES COURT OF INTERNATIONAL TRADE

# INFORMATION STATEMENT

(*Place an "X" in applicable* □)

| | |
|---|---|
| **PLAINTIFF:**<br> BAMBULAB USA INC <br>_____<br><br>**ATTORNEY** (*Name, Firm, Address, Telephone Number, E-mail Address*): Jing Zhang<br>Mayer Brown LLP<br>1999 K St NW<br>Washington, DC 20006<br>(202) 263-3385<br>JZhang@mayerbrown.com | **COURT NO**.: 26-01287 |

**CONSTITUTIONAL ISSUE - 28 U.S.C. § 255**

**If this action raises an issue of the constitutionality of an Act of Congress, a proclamation of the President or an Executive order, check this box:** ■

**J U R I S D I C T I O N**

**28 U.S.C. § 1581(a) - Tariff Act of 1930, Section 515 - 19 U.S.C. § 1515**

□ Appraisal          □ Classification          □ Charges or Exactions          □ Vessel Repairs

□ Exclusion          □ Liquidation          □ Drawback

□ Refusal to Reliquidate      □ Rate of Duty      □ Redelivery

**28 U.S.C. § 1581(b) - Tariff Act of 1930, Section 516 - 19 U.S.C. § 1516**

□ Appraisal          □ Classification          □ Rate of Duty

**28 U.S.C. § 1581(c) - Tariff Act of 1930, Section 516A(a)(1), (a)(2) or (a)(3) - 19 U.S.C. §1516a or Section 517(g) – 19 U.S.C. §1517**

(*Provide a brief description of the administrative determination you are contesting, including any relevant **Federal Register** or **Administrative Determination** citation(s) and the product(s) involved in the determination.   For Section 516A(a)(1) or (a)(2), cite the specific subparagraph and clause of the section.*)

Subparagraph and Clause _____ Agency_____

*Federal Register* or *Administrative Determination* Cite(s) _____

Product(s)_____

**28 U.S.C. § 1581(d) - Trade Act of 1974 - 19 U.S.C. §§ 2273, 2341, 2401b**

□ U.S. Secretary of Labor      □ U.S. Secretary of Commerce      □ U.S. Secretary of Agriculture

**28 U.S.C. § 1581(e) - Trade Agreements Act of 1979, Section 305(b)(1) - 19 U.S.C. § 2515** (*Provide a brief statement of the final determination to be reviewed.*)

**28 U.S.C. § 1581(f) - Tariff Act of 1930, Section 777(c)(2) - 19 U.S.C. § 1677f(c)(2)**

Agency:    □ U.S. International Trade Commission      □ Administering Authority

**28 U.S.C. § 1581(g) - Tariff Act of 1930, Section 641 - 19 U.S.C. § 1641 - or Section 499 - 19 U.S.C. § 1499**

□ Sec. 641(b)(2)      □ Sec. 641(b)(3)      □ Sec. 641(c)(1)      □ Sec. 641(b)(5)

□ Sec. 641(c)(2)      □ Sec. 641(d)(2)(B)    □ Sec. 499(b)

**J U R I S D I C T I O N**
(Continued)

---

**28 U.S.C. § 1581(h) - Ruling relating to:**

☐ Classification     ☐ Valuation          ☐ Restricted Merchandise

☐ Rate of Duty       ☐ Marking            ☐ Entry Requirements

☐ Drawbacks          ☐ Vessel Repairs     ☐ Other: _____

_____

---

**28 U.S.C. § 1581(i)** - (*Cite any applicable statute and provide a brief statement describing jurisdictional basis.*)

The Court has jurisdiction under 28 U.S.C. § 1581(i). See V.O.S. Selections, Inc. v. Trump, 149 F.4th 1312, 1334 (Fed. Cir. 2025), cert. granted, No. 25-250, 2025 WL 2601020 (U.S. Sept. 9, 2025).

---

**28 U.S.C. § 1582 - Actions Commenced by the United States**

☐ (1) Recover civil penalty under Tariff Act of 1930:

    ☐ Sec. 592          ☐ Sec. 593A          ☐ Sec. 641(b)(6)

    ☐ Sec. 641(d)(2)(A)     ☐ Sec. 704(i)(2)     ☐ Sec. 734(i)(2)

☐ (2) Recover upon a bond

☐ (3) Recover customs duties

---

**R E L A T E D   C A S E (S)**

To your knowledge, does this action involve a common question of law or fact with any other action(s) previously decided or now pending?

|  | PLAINTIFF | COURT NUMBER | JUDGE |
|---|---|---|---|
| ☒ Decided: | VOS Selections, Inc., et. al. v. Donald Trump, et. al. **** | 25-cv-00066 (Ct. Intl. Trade) Affirmed V.O.S. Selections, Inc. v. Trump, 149 F.4th 1312, 1334 (Fed. Cir. 2025), cert. granted, No. 25-250, 2025 WL 2601020 (U.S. Sept. 9, 2025). | Gary S. Katzmann, Judge Timothy M. Reif, Judge Jane A. Restani **** |
| ☒ Pending: | AGS Company Automotive Solutions v. United States Customs and Border Protection et al. **** | 25-cv-00255 (Ct. Int'l. Trade) | Gary S. Katzmann, Judge Timothy M. Reif, Judge Jane A. Restani **** |

(Attach additional sheets, if necessary.)

/s/ Jing Zhang
_____
*Signature of Plaintiff's Attorney*

2/27/26
_____
*Date*

(As amended, eff. Jan. 1, 1985; Jan. 25, 2000, eff. May 1, 2000; May 25, 2004, eff. Sept. 1, 2004; Nov. 29, 2005, eff. Jan. 1, 2006; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 4, 2012, eff. Jan. 1, 2013; Sept. 18, 2018, eff. Oct. 15, 2018; Oct. 23, 2025, eff. Dec. 1, 2025.)