**FORM 13**

**UNITED STATES COURT OF INTERNATIONAL TRADE**
One Federal Plaza
New York, New York 10278

## DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

This notification is submitted by <u>Jing Zhang</u>

(Name of attorney of record)

on behalf of <u>Bambulab USA Inc</u> in the
matter of <u>Bambulab USA Inc</u> v. <u>U.S. Customs and Border Protection, et al.</u>,
Court No. <u>26-01287</u> .

1. If this statement is submitted on behalf of a corporate party, that entity shall identify below the entity's parent corporation(s), all of its publicly-owned companies, any publicly-held company that has a 10% or greater ownership interest in the entity, and any publicly-owned affiliate of the entity, and describe the relationship between the party and each identified company.

<u>Bambulab USA inc. is a wholly-owned holding company of Bambulab Netherlands B.V.</u>

<u>Bambulab USA inc. has no publicly-held subsidiaries.</u>

2. Indicate whether the party on whose behalf this Form is being filed is ☒ or is not ☐ the real party in interest. If not, identify below the real party in interest.

<u>N/A</u>

3. If this statement is submitted on behalf of a trade association, identify below each publicly-owned member of the trade association. (Attach additional pages if necessary.)

<u>N/A</u>

4. If this statement is submitted on behalf of a party that has obtained third-party litigation funding, identify below each third-party litigation funder.

<u>N/A</u>

<u>/s/Jing Zhang</u>                                   <u>2/27/26</u>
Signature of Attorney                              Date
<u>Mayer Brown LLP</u>
Firm
<u>1999 K St NW</u>
Street Address
<u>Washington, DC 20006</u>
City, State and Zip Code
<u>(202) 263-3385</u>
Telephone Number
<u>jzhang@mayerbrown.com</u>
E-mail Address

(Added Nov. 4, 1981, eff. Jan. 1, 1982; as amended Dec. 18, 2001, eff. Apr.1, 2002; Sept. 28, 2004, eff. January 1, 2005; June 11, 2024, eff. Aug. 1, 2024; Oct. 23, 2025, eff. Dec. 1, 2025; Dec. 9, 2025, eff. Jan.5, 2026.)